UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD K. WEAN,

Plaintiff,

v. Case No. 2:24-cv-1111-KCD-NPM

VICTOR DELOACH and
CATHERINE COSGRAVE,

Defendants.
___________________________________/

**ORDER**

On September 24, 2026, Plaintiff Richard Wean attempted to respond to the defendants' motion for summary judgment by scanning and filing his response through the FCCC's electronic portal. However, due to the document's size (more than 600 pages), the Clerk's Office was unable to process it. Thus, the Court advised Wean that he must mail the Clerk a paper copy of his response. (Doc. 37.) Thereafter, Wean asked for an extension of time to mail the response and for the Court to order Defendants to pay his postage. (Doc. 38.) Defendants do not oppose allowing Wean additional time, but oppose paying the costs of mailing. (Doc. 40.)

Defendants note that residents of the FCCC are provided eight free stamps per month and are otherwise able to purchase stamps. (Doc. 40 at 4.) The Eleventh Circuit has found that the provision of two free stamps per

week is adequate for confined litigants to exercise their right to access the court and to "allow a reasonable inmate to conduct reasonable litigation in any court." *Hoppins v. Wallace*, 751 F.2d 1161, 1162 (11th Cir. 1985). Moreover, the *in forma pauperis* statute refers only to "court fees" and "[n]either defendants nor the district court are obligated to advance" the costs of litigation. *Easley v. Dep't of Corr.*, 590 F. App'x 860, 868 (11th Cir. 2014). Thus, Wean, not Defendants, is responsible for his own litigation costs.

Wean's motion for additional time to respond to the defendants' motion for summary judgment (Doc. 38) is **GRANTED** to the extent that he must file a paper copy of his response by November 27, 2026. His request that Defendants bear the cost of postage is **DENIED**.

**ORDERED** in Fort Myers, Florida, on October 30, 2026.

Kyle C. Dudek
United States District Judge